UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WENDY HOUGH,                                          No. 06-10764

           Plaintiff,                          District Judge Patrick J. Duggan

v.                                                   Magistrate Judge R. Steven Whalen

STATE FARM INSURANCE CO.,
a Michigan corporation,

           Defendant.

_____ /

**ORDER**

    Defendant having withdrawn its Motion to Compel Depositions (Docket #25),[1]

    IT IS HEREBY ORDERED that said Motion is DISMISSED.



                                       S/R.  Steven Whalen
                                       R.  STEVEN WHALEN
                                     UNITED STATES MAGISTRATE JUDGE

Dated:  August 9, 2006



CERTIFICATE OF SERVICE

_____

[1]The written withdrawal submitted by Defendant (Docket #44) is captioned "Notice of Whitdrawal (sic) of Motion to Compel Plaintiff to Submit to an Independent Medical Examination." That motion is found at Docket #23.  However, the body of the Notice refers specifically to the Motion to Compel Depositions, Docket #25.  The Court issues the present order dismissing Docket #25 under the assumption that the title of the Notice of Withdrawal is a typographical error.

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 9, 2006.


S/Gina Wilson
Judicial Assistant